**STATE**

v.

**Thomas FIRTH.**

**No. 77–373–C.A.**

Supreme Court of Rhode Island.

Jan. 4, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Special Asst. Atty. Gen. Chief, Appellate Division, for plaintiff.

John F. Cicilline, Providence, for defendant.

### ORDER

The defendant's motion to supplement the record as prayed is granted.

DORIS, J., did not participate.